IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01032-WYD

BLAS LUZ HUERTA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Withdraw the Motion for Attorneys Fees Under the Equal Access to Justice Act ("EAJA") (ECF No. 21) is **GRANTED.**  The motion for attorney fees (ECF No. 19) is hereby **WITHDRAWN.**  The Court will endorse the Stipulation for Fees found at ECF No. 18.

    Dated:  December 4, 2015